# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA OSTENDORF, an individual, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,<br><br>                      Defendant. | Case No.: 3:17-cv-01792-BEN-BLM<br><br>**ORDER GRANTING IN PART JOINT MOTION TO DISMISS** |

    The Court has reviewed Plaintiff's motion to dismiss her own action. (Docket No. 11.) Defendant Science Applications International Corporation filed a notice of non-opposition to Plaintiff's motion. (Docket No. 12.) Plaintiff represents that she has settled her individual claims with Defendant, and seeks dismissal with prejudice of those claims, but without prejudice to the class claims. Plaintiff further represents that the putative class will not be prejudiced by this dismissal, and the action may be dismissed without notice to the putative class, who did not receive notice of this putative class action.

///
///
///

Good cause appearing, Plaintiff's motion is **GRANTED in part**. Plaintiff's action is **DISMISSED with prejudice** as to her individual claims. As a result, the class claims are moot and are therefore **DISMISSED as moot**. *See Tucker v. Intel Corp.*, 141 F. App'x 524, 525 (9th Cir. 2005) (finding named plaintiff's class claims moot once sole named plaintiff's claim expired by his voluntary dismissal with prejudice). The Court will retain jurisdiction over the matter pending full performance of the terms of the settlement.

**IT IS SO ORDERED.**

Dated: January 23, 2018

Hon. Roger T. Benitez
United States District Judge